IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BHARELDEN MOHAMED YOUSIF ABBKE, | § | |
| *Petitioner,* | § § § § | SA-26-CV-03064-FB-KGS |
| v. | § § § | |
| WARDEN, Operator of the South Texas Detention Complex, *et al.*, | § § § | |
| *Respondents.* | § § | |

## ORDER SETTING IN-PERSON EVIDENTIARY HEARING

Before the Court in the above-styled case is Petitioner's Petition for Writ of Habeas Corpus. ECF No. 1. The District Court referred this case to the undersigned for all pretrial proceedings on May 27, 2026. The undersigned therefore has authority to enter this non-dispositive order pursuant to 28 U.S.C. § 636(b)(1)(A). Having reviewed the Petition, Federal Respondents' Response (ECF No. 3), and Petitioner's Reply (ECF No. 4), the Court finds this case necessitates an evidentiary hearing.

The Court therefore **ORDERS** that an in-person evidentiary hearing on Petitioner's Petition for Writ of Habeas Corpus is set on **June 24, 2026, at 11:30 a.m.** at the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207 in Courtroom D. Counsel should check monitors in the courthouse lobby on the day of the hearing to confirm that the location of the hearing has not changed.

The parties should be prepared to discuss the petition, response, and reply as well as any potential evidentiary issues. Petitioner's presence is necessary for the evidentiary hearing. Because Petitioner Bharelden Mohamed Yousif Abbke[1] is currently incarcerated at the South Texas ICE Detention Facility in Pearsall, Texas, the Court will issue an Order for Issuance of Writ of Ad Testificandum following this Order.

It is so **ORDERED.**

SIGNED this 8th day of June, 2026.

_____
**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court notes that Petitioner's name is spelled differently in the electronic court filing system and the parties' briefings. The Court will continue to spell Petitioner's name as it appears in CM/ECF until informed otherwise.