IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BHARELDEN MOHAMED YOUSIF ABBKE, | § § § § § | SA-26-CV-03064-FB-KGS |
| *Petitioner,* | § § § | |
| v. | § § § | |
| WARDEN, Operator of the South Texas Detention Complex, *et al.,* | § § § § | |
| *Respondents.* | § | |

## **ORDER SETTING STATUS CONFERENCE**

Today, June 24, 2026, the Court held an in-person evidentiary hearing in the above-styled cause of action. ECF No. 11. Petitioner Abbke was physically present and communicated through a translator. Both Petitioner and Federal Government Respondents presented arguments before the Court and answered follow-up questions. The Court heard live testimony from a witness for the Government. The Government suggested it would be able to provide additional information on its plans to remove Petitioner and agreed to provide additional records requested by Petitioner.

In light of the foregoing, the undersigned will allow the parties more time to develop the factual record and to fully brief the issues raised in the hearing.

The Court therefore **ORDERS** that any additional briefing by the Petitioner is due **on or before August 10, 2026**.

The Court further **ORDERS** that Respondent's response, if any, must be filed **on or before August 14, 2026**.

The Court finally **ORDERS** an attorneys-only hearing on Petitioner's Petition for Writ of Habeas Corpus is set for **Monday, August 17, 2026, at 10:00 a.m.** at the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207 in Courtroom D. Counsel should check monitors in the courthouse lobby on the day of the hearing to confirm that the location of the hearing has not changed. At the hearing, the parties must be prepared to further argue in support of their positions. If either party wishes to convert the hearing to an evidentiary hearing, it must file a written motion by August 10, 2026, and indicate whether the Petitioner's presence is required.

**It is so ORDERED.**

SIGNED this 22nd day of June, 2026.

_____
**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**