IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BHARELDEN MOHAMED
YOUSIF ABBKE,

     *Petitioner,*

v.

WARDEN, Operator of the South Texas
Detention Complex, *et al*.,

     *Respondents.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§

SA-26-CV-03064-FB-KGS

## **ORDER VACATING EVIDENTIARY HEARING**

Before the Court is Respondent's Advisory and Unopposed Motion to Lift the Stay of Transfer. ECF No. 21. Respondents ask the District Court to lift the Order staying any transfer of Mr. Abbke (ECF No. 2). Respondents explain that they have received the travel document for Abbke, they intend to book a commercial flight for his removal to Sudan within two weeks, and that their motion to lift the stay is unopposed. *Id* at 1.

The undersigned set this case for a Status Conference on August 17, 2026, at 10:00 a.m. ECF No. 16. The undersigned also required Respondents to seek leave prior to moving Abbke from the detention facility in Pearsall, Texas. ECF Nos. 7, 12.

Based upon Respondents' representation that they can remove Abbke within two weeks back to his country of origin, the undersigned hereby **VACATES** the August 17, 2026, hearing date.

Additionally, the undersigned **VACATES** the Court's orders requiring Respondents to seek leave prior to moving Abbke from the detention facility in Pearsall, Texas. ECF Nos. 7, 12.

**It is so ORDERED.**

SIGNED this 24th day of July, 2026.

_____
**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**