IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BHARELDEN MOHAMED YOUSEF ABBKE, § | | |
| A# 221-147-173, § | | |
| § | | |
| *Petitioner*, § | | |
| § | | |
| V. § | | CIVIL CASE NO. SA-26-CV-03064-FB |
| § | | |
| WARDEN, South Texas Immigration § | | |
| Processing Center; *et al.*, § | | |
| § | | |
| *Respondents*. § | | |

## ORDER GRANTING UNOPPOSED MOTION TO LIFT STAY

Before the Court is the Federal Respondents' Advisory and Unopposed Motion to Lift the Stay of Transfer. (ECF No. 21). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Federal Respondents' Unopposed Motion to Lift the Stay of Transfer (ECF No. 21) is GRANTED such that the Court's Order (ECF No. 2 at 3) staying any possible or anticipated transfer of Petitioner Bharelden Mohamed Yousef Abbke outside of the Western District of Texas is LIFTED.

It is so ORDERED.

SIGNED this 24th day of July, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE