IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BHARELDEN MOHAMED YOUSEF ABBKE, §
A# 221-147-173, §
§
*Petitioner*, §
§
V. § CIVIL CASE NO. SA-26-CV-03064-FB
§
WARDEN, South Texas Immigration §
Processing Center; *et al.*, §
§
*Respondents*. §

**ORDER FOR UPDATED ADVISORY**

Before the Court is the status of the above-styled and numbered cause. On July 24, 2026, United States Magistrate Judge Kelly G. Stephenson returned this habeas petition to this Court "based upon Respondents' representation that they can remove Petitioner within two weeks back to his country." (ECF No. 22). The two-week deadline passed and, on August 17, 2026, Petitioner advised the Court that Petitioner had yet to be removed. (ECF No. 25). The file reflects no further activity.

IT IS THEREFORE ORDERED that Respondents shall file, on or before **September 15, 2026**, an updated advisory indicating the status of this case.

It is so ORDERED.

SIGNED this 10th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE