IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BHARELDEN MOHAMED YOUSEF ABBKE, A# 221-147-173, | § | |
| *Petitioner*, | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-03064-FB |
| WARDEN, South Texas Immigration Processing Center; *et al.*, | § | |
| *Respondents*. | § | |

**ORDER OF DISMISSAL AND JUDGMENT**

Before the Court is the Federal Respondents' Updated Advisory (ECF No. 27), informing the Court that Petitioner was removed from the United States on or about August 21, 2026.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is DISMISSED as MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is now CLOSED.

It is so ORDERED.

SIGNED this 15th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE